IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE OWENS,

        Applicant,

v.                                                   Civ. No. 07-267 BB/RHS

ROBERT TENORIO, et al.,

        Respondents.

## ORDER ADOPTING FINDINGS, DENYING PETITION AND DISMISSING CIVIL PROCEEDING

THIS MATTER having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge **[Doc. 10]**, and objections having been filed, and the Court having made a **de novo** determination of those portions of the Magistrate Judge's proposed findings and recommended disposition objected to;

**IT IS HEREBY ORDERED** that the proposed findings of the United States Magistrate Judge **[Doc. 10]** are adopted by the Court.

**IT IS FURTHER ORDERED** that Applicant Owen's "Application for a Writ of Habeas Corpus Pursuant to a 28 U.S.C. § 2254 by a Person in State Custody" **[Doc. No. 1]** is **DENIED** and this civil proceeding is **DISMISSED** without prejudice.

**IT IS FINALLY ORDERED** that any pending motions are **DENIED** as moot.

                                                                                 UNITED STATES DISTRICT JUDGE